E-FILED 05/16/13
#26

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s) v. Defendant(s). | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____
*Street Address*

_____  _____
*City, State, Zip*  *E-Mail Address*

_____  _____  _____
*Telephone Number*  *Fax Number*  *State Bar Number*

as attorney of record instead of _____
*Present Attorney*

**is hereby**    ☒ GRANTED    ☐ DENIED

Dated   5/16/13                                    **PHILIP S. GUTIERREZ**
                                                   U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.