D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile (415) 404-6616
Gill@SperleinLaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STAGLIANO, INC., GILBERT GROSSO, GIACINTO FUSCO, KATHLEEN NUZZO, JON RUTKOWSKI, JOSEPH NASSIVERA, CARLTON SHURMAN, and MICHELLE KELLY, <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECT DISTRIBUTIONS, INC., and BLINGBUCKS, INC., <br><br> Defendants. | CASE NO.: CV12-05565 PSG (FFMx) <br><br> **NOTICE OF APPLICATION FOR ORDER ENTERING STIPULATED JUDGMENT** <br><br> Date:  February 24, 2014 <br> Time:  1:30 p.m. <br> CtRm:  880 <br> Officer:  Philip S. Gutierrez |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that pursuant to the terms of the Settlement Agreement on February 24, 2014 at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, 255 East Temple Street Los Angeles, CA 90012-3332, Room 880, in

the courtroom of the Honorable Philip S. Gutierrez, Plaintiffs will and hereby do apply to the Court for an Order entering the Stipulated Judgment signed by the Parties.

This Application will be based on this Notice of Application, the Accompanying Application, the concurrently submitted executed Settlement Agreement (requested to be filed under seal)  the declarations and exhibits to the Application, pleadings and papers filed in this matter, and on any other evidence as the parties may submit at the hearing on the Application, if any.

Dated: *December18, 2013*             Respectfully submitted,


                                      */s/ D. Gill Sperlein*
                                      _____
                                      GILL SPERLEIN
                                      THE LAW OFFICE OF D. GILL SPERLEIN
                                      Attorney for Plaintiffs