D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiffs

E-FILED 01/06/14

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STAGLIANO, INC., GILBERT GROSSO, GIACINTO FUSCO, KATHLEEN NUZZO, JON RUTKOWSKI, JOSEPH NASSIVERA, CARLTON SHURMAN, and MICHELLE KELLY,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECT DISTRIBUTIONS, INC., and BLINGBUCKS, INC.,<br><br>Defendants. | CV12-05565 PSG (FFMx)<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT<br><br>Date:  February 24, 2014<br>Time:  1:30 p.m.<br>CtRm:  880<br>Officer:  Philip S. Gutierrez |

The *ex parte* application of Plaintiffs for entry of judgment was presented to the Court on December 18, 2013.  It appearing that by reason of such *ex parte* application that Plaintiffs are entitled to Judgment,

NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED, that Plaintiffs, shall recover from Defendants, jointly and severally, the sum of two hundred forty-three thousand dollars ($243,000).

Date: ___1/6/14_____

_____
UNITED STATES DISTRICT JUDGE